FILED
BILLINGS DIV.

2007 JAN 19 PM 2 19

PATRICK E. DUFFY, CLERK

BY _____
        DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| DELANEY AND COMPANY, INC., a Montana corporation, and KEN LeCLAIR, | Cause No. CV-05-56-BU-RFC<br>Judge Richard F. Cebull |
| Plaintiffs, | |
| -vs- | **ORDER**<br>**DISMISSING THIRD PARTY**<br>**DEFENDANT**<br>**UNITED STATES OF AMERICA** |
| SUNRISE DEVELOPMENT, LLC, a Montana limited liability company, CLAIR DAINES, individually, and John Does I through X, | |
| Defendants. | |
| SUNRISE DEVELOPMENT, LLC, a Montana limited liability company, | |
| Counterclaim Plaintiff, | |
| vs. | |
| DELANEY AND COMPANY, INC., a Montana corporation, and KEN LeCLAIR, THE UNITED STATES OF AMERICA, and John Does I through X, | |
| Counterclaim and Third Party Defendants. | |

GOOD CAUSE APPEARING, the Stipulation and Agreement between Defendant Sunrise Development, LLC and Third Party Defendant United States of America is APPROVED, and the United States of America is dismissed from this action.

DATED this 19th day of January, 2007.

BY THE COURT:

HON. RICHARD F. CEBULL
U.S. District Court Judge